No. 626. ROELKER, RECEIVER, v. BROMLEY-SHEPARD CO., INC. ET AL. February 4, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. George B. Springston* for petitioner. *Mr. Richard B. Walsh* for respondents.

No. 627. NEW YORK v. ARNOLD, TRUSTEE IN BANKRUPTCY. February 4, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Robert P. Beyer* for petitioner. *Mr. Louis W. Arnold, Jr.,* for respondent.

No. 629. E. M. LOEW'S, INC. ET AL. v. NEW ENGLAND THEATRES, INC. ET AL. February 4, 1935. Petition for writ of certiorari to the Superior Court of Suffolk County, Massachusetts, denied. *Mr. Edward O. Proctor* for petitioners. *Messrs. Jacob J. Kaplan, Lee M. Friedman,* and *Percy A. Atherton* for respondents.

No. 630. KASIMOV ET AL. v. SOLTZ, TRUSTEE IN BANKRUPTCY. February 4, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. A. L. Greenspun* for petitioners. No appearance for respondent.

No. 668. BELT ET AL. v. UNITED STATES. February 11, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis*, denied. *Mr. J. S. Belt, pro se.* No appearance for respondent.